People v Vincent (2024 NY Slip Op 06219)

People v Vincent

2024 NY Slip Op 06219

Decided on December 11, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 11, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
LARA J. GENOVESI
CARL J. LANDICINO
PHILLIP HOM, JJ.

2022-07620
2022-07624
2022-07627

[*1]The People of the State of New York, respondent,
v
Frank Vincent, appellant. (S.C.I. No. 90039/21, Docket Nos. 2670C/20, 2674C/20)

Patricia Pazner, New York, NY (Sam Feldman of counsel), for appellant.
Michael E. McMahon, District Attorney, Staten Island, NY (Thomas B. Litsky of counsel), for respondent.

DECISION & ORDER
Appeals by the defendant from three judgments of the Supreme Court, Richmond County (Mario F. Mattei, J.), all rendered August 3, 2022, convicting him of criminal sale of a controlled substance in the third degree under Superior Court Information No. 90039/21, petit larceny under Docket No. 2670C/20, and petit larceny under Docket No. 2674C/20, upon his pleas of guilty, and imposing sentences. Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738), in which she moves for leave to withdraw as counsel for the appellant.
ORDERED that the judgments are affirmed.
We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to Anders v California (386 US 738), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252; People v Paige, 54 AD3d 631; cf. People v Ganzalez, 47 NY2d 606).
BRATHWAITE NELSON, J.P., GENOVESI, LANDICINO and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court